UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                                    Dated: November 10, 2009

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Wesley L. Hsu |
|---|---|---|
| Courtroom Deputy | Court Reporter | Brian R. Michael |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                        Attorneys for Defendants

26)   LEONIDAS IRAHETA                               26)   Anthony M. Solis
       Not Present                                          Not Present

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that at the request if the moving party, the MOTION FOR DISCOVERY FILED BY DEFENDANT LEONIDAS IRAHETA (FILED ON 08-11-09) set for November 16, 2009 at 2:00 p.m., is hereby VACATED.


                                                                    :   N/A
                                              Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1