DAVID R. EVANS (SBN 89119)
7462 N. Figueroa St., Suite 201
Los Angeles, CA 90041
Phone: (323) 257-5100
Facsimile: (800) 330-7893
E-Mail: dre@drelaw.org

JAY LICHTMAN (SBN 73399)
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010
Phone: (213) 386-3878
E-Mail: jaylawla@aol.com

Attorneys for Defendant
JAMES WOOTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO PANTOJA, et al.,<br><br>Defendants. | Case No. CR07-01172(B)-DDP-42<br><br>**NOTICE OF JOINDER BY DEFENDANT JAMES WOOTEN IN MOTION FOR DISCLOSURE OF PROFFER INFORMATION**<br><br>**Hearing Date: December 14, 2009**<br>**Hearing Time: 3:00 p.m.** |

TO ASSISTANT UNITED STATES ATTORNEYS BRIAN MICHAEL AND KEVIN LALLY:

PLEASE TAKE NOTICE that Defendant James Wooten, by and through

1

| | |
|---|---|
| 1 | his attorneys of record, David R. Evans and Jay Lichtman, hereby joins in the |
| 2 | |
| 3 | Motion for Disclosure of Proffer Information filed by Defendant Leonidas Iraheta. |

DATED: November 23, 2009

Respectfully submitted,
DAVID R. EVANS
JAY LICHTMAN

By: _____
DAVID R. EVANS
Attorneys for Defendant
JAMES WOOTEN