DAVID R. EVANS (SBN 89119)
7462 N. Figueroa St., Suite 201
Los Angeles, CA 90041
Phone: (323) 257-5100
Facsimile: (800) 330-7893
E-Mail: dre@drelaw.org

JAY LICHTMAN (SBN 73399)
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010
Phone: (213) 386-3878
E-Mail: jaylawla@aol.com

Attorneys for Defendant
JAMES WOOTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SERGIO PANTOJA, et al.,<br><br>               Defendants. | Case No. CR07-01172(B)-DDP-42<br><br>**NOTICE OF MOTION AND MOTION FOR JOINDER BY DEFENDANT JAMES WOOTEN IN MOTION TO DISMISS INDICTMENT(DOCKET # 625)**<br><br>**Hearing Date: January 11, 2010**<br>**Hearing Time: 3:00 p.m.** |

TO ASSISTANT UNITED STATES ATTORNEYS BRIAN MICHAEL, KEVIN LALLY, AND NILI T. MOGHADDAM:

PLEASE TAKE NOTICE that on January 11, 2010, at 3:00 p.m., in the Courtroom of the Honorable Dean D. Pregerson, United States District Judge,

1

Defendant James Wooten, by and through his attorneys of record, David R. Evans and Jay Lichtman, will move, and does hereby move, to join in the Motion to Dismiss Indictment filed by Defendant Leonidas Iraheta.

DATED: January 5, 2010

Respectfully submitted,
DAVID R. EVANS
JAY LICHTMAN

By: _____
DAVID R. EVANS
Attorneys for Defendant
JAMES WOOTEN