UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 07-01172 (B) DDP                                    Dated: March 15, 2010

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
| Courtroom Deputy | Court Reporter | Nili T. Moghaddam |
| | | Asst. U.S. Attorney |

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

26)   LEONIDAS IRAHETA                 26)   Anthony M. Solis
      present in custody                         Judy Clarke
                                                 present appointed

_____

PROCEEDINGS:   MOTION FOR DISCLOSURE PROFFER INFORMATION FILED BY
               DEFENDANT LEONIDAS IRAHETA
               (FILED ON 11-22-09 / DOCKET NUMBER 608)
               MOTION TO DISMISS CASE /INDICTMENT AS TO DEFENDANT LEONIDAS
               IRAHETA FILED BY DEFENDANT LEONIDAS IRAHETA   (FILED ON 12-21-
               09 / DOCKET NUMBER 625)
               JOINDER IN MOTION TO DISMISS COUNTS ONE AND TWENTY-TWO
               FILED BY VLADIMIR ALEXANDER IRAHETA FILED BY DEFENDANT
               LEONIDAS IRAHETA (FILED ON 12-24-09 / DOCKET NUMBER 630)

   Court hears oral argument, VACATES the proffer motion and takes all other motions under submission.

                                                                00  :  19
                                              Initials of Deputy Clerk    JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1