DAVID R. EVANS (SBN 89119)
7462 N. Figueroa St., Suite 201
Los Angeles, CA 90041
Phone: (323) 257-5100
Facsimile: (800) 330-7893
E-Mail: dre@drelaw.org

JAY LICHTMAN (SBN 73399)
3550 Wilshire Blvd., Ste. 2000
Los Angeles, CA 90010
Phone: (213) 386-3878
E-Mail: jaylawla@aol.com

Attorneys for Defendant
JAMES WOOTEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO PANTOJA, et al.,<br><br>Defendants. | Case No. CR07-01172(B)-DDP-42<br><br>**NOTICE OF MOTION AND MOTION FOR JOINDER BY DEFENDANT JAMES WOOTEN IN MOTION FOR DISCOVERY OF GANG INFORMATION (742)**<br><br>Hearing Date: April 26, 2010<br>Hearing Time: 3:00 p.m. |

TO: ASSISTANT UNITED STATES ATTORNEYS KEVIN M. LALLY, AND NILI T. MOGHADDAM:

PLEASE TAKE NOTICE that on April 26, 2010, at 3:00 p.m., in the Courtroom of the Honorable Dean D. Pregerson, United States District Judge,

1

Defendant James Wooten, by and through his attorneys of record, David R. Evans and Jay Lichtman, will move, and does hereby move, to join in the Motion for Discovery of Gang Information filed by Defendant Leonidas Iraheta.

DATED: April 13, 2010    Respectfully submitted,
DAVID R. EVANS
JAY LICHTMAN

By: _____
DAVID R. EVANS
Attorneys for Defendant
JAMES WOOTEN