1  Anthony M. Solis, SBN 198580
   A Professional Law Corporation
2  1055 West 7th Street, Suite 2140
   Los Angeles, CA 90017
3  213-489-5880 - Phone
   213-489-5923 - Fax
4  anth500@earthlink.net

5  Judy Clarke, SBN 76071
   Clarke & Rice, APC
6  2366 Front Street
   San Diego, CA 92101-1414
7  619-308-8484 - Phone
   619-243-7386 - Fax
8  judyclarke@jcsrlaw.net

9  Attorneys for Defendant
   LEONIDAS IRAHETA
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,   )   CASE NO. CR-07-1172(B)-DDP-26
                                )
15          Plaintiff,           )   DEFENDANT LEONIDAS IRAHETA'S
                                )   JOINDER TO DEFENDANT VLADIMIR
16                              )   IRAHETA'S REPLY TO GOVT'S
            v.                  )   OPPOSITION TO L. IRAHETA'S
17                              )   MOTION FOR DISCOVERY
                                )
18                              )
                                )
19  LEONIDAS IRAHETA,           )   DATE:    APR. 26, 2010
                                )   TIME:    3:00 p.m.
20          Defendants.          )   PLACE:   Courtroom 3
    _____)
21

22        TO THE PLAINTIFF, UNITED STATES OF AMERICA: ANDRÉ BIROTTE JR.,
    UNITED STATES ATTORNEY, KEVIN M. LALLY, and NILI T. MOGHADDAM,
23  ASSISTANT UNITED STATES ATTORNEYS.

24        PLEASE TAKE NOTICE THAT defendant LEONIDAS IRAHETA, by and through his

25  counsel of record, ANTHONY M. SOLIS and JUDY CLARKE, moves to join, and hereby does

26  join in the Reply of defendant Vladimir Iraheta to the Government's Opposition to Defendant

27  Leonidas Iraheta's Motion for Discovery of Gang Information.  Said motion was filed on April

28  21, 2010 and appears in the docket as document number 763.

---

**L. IRAHETA'S JOINDER TO V. IRAHETA'S REPLY TO GOVT OPPOSITION**

1

| | | |
|---|---|---|
| 1 | DATED:  April 21, 2010 | ANTHONY M. SOLIS, <br> A Professional Law Corporation |
| 2 | | |
| 3 | | JUDY CLARKE <br> Clarke & Rice, APC |
| 4 | | By: |
| 5 | | ***ANTHONY M. SOLIS*** |
| 6 | | ANTHONY M. SOLIS <br> Attorneys for Defendant |
| 7 | | LEONIDAS IRAHETA |