CRAIG WILKE (150728)
craig@craigwilkelaw.com
2677 N. Main Street, Suite 830
Santa Ana, California  92705-6623
Telephone (714) 571-0202
Facsimile  (714) 571-0220

Attorney for Defendant
LUZ JANET GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 07-1172(B)DDP |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF MOTION AND MOTION FOR JOINDER BY DEFENDANT LUZ JANET GONZALEZ IN MOTION FOR DISCOVERY OF GANG INFORMATION** |
| LUZ JANET GONZALEZ | ) |
| Defendant. | ) |
| | ) Hearing Date: April 26, 2010 |
| | ) Hearing Time: 3:00 p.m. |

TO PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, UNITED STATES ATTORNEY ANDRE BIROTTE JR., AND ASSISTANT UNITED STATES ATTORNEYS KEVIN M. LALLY AND MILI T. MOGHADDAM.

    PLEASE TAKE NOTICE that Defendant Luz Janet Gonzalez, by and through her attorney of record Craig Wilke, hereby joins in the Motion for Discovery of Gang Information filed by defendant Leonidas Iraheta on April 5, 2010 and appears in the docket as document number 742.

Respectfully Submitted,

Dated: April 21, 2010

                  /s/
CRAIG WILKE
Attorney for Defendant
Luz Janet Gonzalez